1

2

3

4

5

6

7

O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Rodgers, Boyd Stanley

Defendant.

Case No.: SACR08-81-CJC

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ C D   C A _____,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _backgrd cmty ties unknown due to failure to interview; ongoing substance abuse issues; lack of amenability_

1   to Supervision as evidenced by alleged violations

2   and his probation violation history

3   and/or

4 B.   (X) The defendant has not met his/her burden of establishing by clear and

5   convincing evidence that he/she is not likely to pose a danger to the safety of any

6   other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7   finding is based on _____ Substance abuse history; criminal

8   history record; probation violation history, which

9   reflects pattern (several instances) of committing new offenses

10   while under supervision

11

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: _____ 5/20/14

17       ROBERT N. BLOCK
      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28