FILED
CLERK, U.S. DISTRICT COURT

October 2, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VM_____DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 08-81 CJC | Date | October 2, 2015 |
| Title | United States v. Rodgers | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED
RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒   Lack of bail resources

   ☒   Refusal to interview with Pretrial Services

   ☐   No stable residence or employment

   ☒   Previous failure to appear or violations of probation, parole, or release

   ☐   Ties to foreign countries

   ☐   Allegations in petition

   ☐

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SA CR 08-81 CJC | Date | October 2, 2015 |
|---|---|---|---|
| Title | United States v. Rodgers | | |

B.　☒　Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒　Nature of previous criminal convictions

☒　Allegations in petition

☐　Substance abuse

☐　Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.